1170

No. 12–7642. DAVIS v. CASTELLOE ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–7644. ZOSA CALVANO v. HEDGEPATH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–7647. DRIGGERS v. SIMPSON, JUDGE, FIRST JUDICIAL DISTRICT OF IDAHO, KOOTENAI COUNTY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–7649. CUBAS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 12–7654. S. W. v. FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES. Sup. Ct. Fla. Certiorari denied.

No. 12–7659. MILLS v. FISCHER ET AL. C. A. 2d Cir. Certiorari denied.

No. 12–7677. MOSS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 12–7682. BRADLEY v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 12–7683. BUCHANAN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 12–7688. MEJIA ET AL. v. HOLDER, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 12–7692. NELLON v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 12–7693. LAMB v. CREWS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–7699. JIMENEZ v. CLARK. C. A. 5th Cir. Certiorari denied.

No. 12–7700. BROWN v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.